### 29413.   KEEN *v.* COLEMAN.

SUTTON, J.   This case is controlled by *Keen* v. *Coleman,* ante, 331.
*Judgment reversed. Stephens, P. J., and Felton, J., concur.*
DECIDED MAY 8, 1942.